IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:16CR187 |
| | ) | |
| TEARA LYNNE VORIS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's Unopposed Motion to Continue [52] the previously scheduled evidentiary hearing.  The government has no objection.  Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [38] will be continued.

**IT IS ORDERED:**

1. That the defendant's Unopposed Motion to Continue Hearing [52] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [38] is continued to **January 26, 2017** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 8th day of December, 2016.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge